**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff,*
Peyman Zandifaez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ZANDIFAEZ; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA,<br><br>Defendant. | Case No.:  8:14-cv-01187-CBM-MAN<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///
///

1  Plaintiff PEYMAN ZANDIFAEZ ("Plaintiff") hereby moves to dismiss this
2  action without prejudice pursuant to a voluntary agreement between the Parties.
3  Said agreement has fully resolved the dispute between the Parties; and, all Parties
4  have now complied with their respective obligations pursuant to the voluntary
5  settlement agreement.
6  Plaintiff respectfully requests the action be dismissed WITHOUT
7  PREJUDICE.

10  Dated: August 19, 2014                    Respectfully submitted,

11                                            **KAZEROUNI LAW GROUP, APC**

13                                            By:   /s/ ABBAS KAZEROUNIAN
                                                   ABBAS KAZEROUNIAN, ESQ.
14                                                 MONA AMINI, ESQ.
                                                   ATTORNEYS FOR PLAINTIFF

17  **[ADDITIONAL PLAINTIFF'S COUNSEL]**
18  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
    Todd M. Friedman, Esq. (SBN: 216752)
19  tfriedman@attorneysforconsumers.com
    324 S. Beverly Drive, #725
20  Beverly Hills, CA 90211
    Telephone: (877) 206-4741
21  Facsimile: (866) 633-0228

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626