# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEYMAN ZANDIFAEZ; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**HOOTERS OF AMERICA, LLC,**<br><br>Defendant. | Case No.:   8:14-cv-01187-CBM-MAN<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE [JS-6]** |

Based upon Plaintiff's voluntary dismissal request, and good cause, this Court hereby orders the Plaintiff's claim to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
HON. CONSUELO B. MARSHALL
U.S. DISTRICT JUDGE